Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: marc.kalagian@rksslaw.com

Attorneys for Plaintiff
VENESSA CHRISTENSEN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VENESSA CHRISTENSEN | Case No.: 2:20-cv-01947-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE REPLY MEMORANDUM |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Venessa Christensen and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from August 24, 2021 to September 7, 2021 for Plaintiff to file her reply memorandum. This is Plaintiff's first request for an extension.

-1-

This request is made at the request of Plaintiff's counsel due to an unexpected medical issue that arose in the family of the attorney who is assisting the undersigned in the briefing of this matter.

DATE: August 24, 2021

Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Venessa Christensen

DATE: August 24, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*

BY: _____
Allison J. Cheung
Special Assistant United States Attorney
Attorneys for defendant Kilolo Kijakazi,
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: August 25, 2021.

**CERTIFICATE OF SERVICE
FOR CASE NUMBER  2:20-CV-01947-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 24, 2021.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff